EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2950
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 7 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00392 HG |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | ( 18 U.S.C. §§ 922(g)(1)&(3)) |
| MICHAEL ANDREW SAUER, | ) | |
| Defendant. | ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about January 15, 2003, in the District of Hawaii, the defendant MICHAEL ANDREW SAUER, being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a Marlin caliber .22 Magnum rifle and an Ithaca caliber .22 Magnum rifle.

SEALED
BY ORDER OF THE COURT

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

<u>Count 2</u>

The Grand Jury further charges:

On or about January 15, 2003, in the District of Hawaii, the defendant, MICHAEL ANDREW SAUER, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a Marlin caliber .22 Magnum rifle and an Ithaca caliber .22 Magnum rifle.

All in violation of Title 18, United States Code, Sections 922(g)(3).

DATED: AUG 7 2003, at Honolulu, Hawaii.

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

*USA v. SAUER*;
"Indictment"