AO 83 (Rev. 12/85) Summons in a Criminal Case   ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2008

at __ o'clock and __ min. __M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 03-00392HG-01 |
| MICHAEL ANDREW SAUER | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Helen Gillmor, Chief United States District Judge | Date and Time<br>Thursday, May 1, 2008 at 2:15 p.m. |

To Answer a Petition for Action of Court to Show Cause why Modification of the Conditions of Supervision should not be imposed.

U.S. MARSHALS SERVICE
HONOLULU, HI
2008 APR 16 AM 10:01
RECEIVED

Sue Beitia
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

April 15, 2008
Date



AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 03-00392HG-01
USA vs. Michael Andrew Sauer

## RETURN OF SERVICE

Service as made by me on:[1]                     Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M. Hanohano_____
                    Date                          Name of United States Marshal

                                            _____
                                            (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure