IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00392-HG-01 |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL ANDREW SAUER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF COUNSEL

I, SHANLYN A. S. PARK, hereby declare as follows:

1. That I am counsel for defendant, MICHAEL ANDREW SAUER, having been appointed pursuant to the Criminal Justice Act.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, April 30, 2008.

/s/Shanlyn A.S. Park  
SHANLYN A. S. PARK  
Attorney for Defendant  
MICHAEL ANDREW SAUER