# CERTIFICATE OF SERVICE

SHANLYN A. S. PARK, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on April 30, 2008:

    Served Electronically through CM/ECF:

    FLORENCE T. NAKAKUNI
    Assistant United States Attorney
    300 Ala Moana Blvd., Suite 7104
    Honolulu, Hawaii  96850

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    MARK T. NUGENT
    U.S. Probation Officer
    300 Ala Moana Blvd., C-110
    Honolulu, Hawaii  96850

                                           /s/Shanlyn A.S. Park
                                           SHANLYN A. S. PARK
                                           Attorney for Defendant
                                           MICHAEL ANDREW SAUER