# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 03-00392HG |
| CASE NAME: | UNITED STATES OF AMERICA v. MICHAEL ANDREW SAUER |
| ATTY FOR PLA: | Marshall Silverberg, AUSA |
| ATTY FOR DEFT: | Shanlyn A.S. Park, AFPD |
| U.S.P.O.: | Mark T. Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | May 1, 2008 | TIME: | 2:15 - 2:45 |

COURT ACTION: ORDER TO SHOW CAUSE WHY MODIFICATION OF THE CONDITIONS OF SUPERVISION SHOULD NOT BE IMPOSED -

Defendant is present on bond.

Discussion held.

The general drug testing condition is amended as follows:

   GENERAL CONDITION: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision(mandatory condition).

   Submitted by: Mary Rose Feria, Courtroom Manager